# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL SELKIRK and SUSAN SELKIRK, h/w, : | | CIVIL ACTION |
| Plaintiffs, : | | |
| v. : | | |
| : | | |
| GENERAL MOTORS, LLC a/k/a GENERAL : | | |
| MOTORS COMPANY, JOHNSON CONTROLS, : | | NO. 13-331 |
| INC.; and BRIAN P. HECK, : | | |
| Defendants : | | |

## ORDER RE: PLAINTIFFS' MOTION FOR REMAND

And NOW, this 2nd day of July, 2013, for the reasons discussed in the accompanying memorandum, it is ORDERED that Plaintiff's Motion for Remand (ECF No. 4) is DENIED.

**BY THE COURT:**

**/s Michael M. Baylson**

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 13\13-331 selkirk v. general motors\order_remand.docx